COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: **11/25/24**

FILED
U.S. District Court
District of Kansas

NOV 25 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Patrick M. Kornelson,

    Defendant.

Case No. **24-6291-01-GEB**

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: **Larry Fadler**
DEFENSE COUNSEL: **Jim Pratt**
TAPE NO.: **1:32 - 1:36**

## PROCEEDINGS

☐ Initial Appearance
☐ Initial Rule 5(c)(3)
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment ☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

☒ Complaint ☐ Indictment ☐ Information ☐ Pet. Revoke Supervision ☒ No. Counts: **1** ☐ Forfeiture
☒ Felony ☐ Misdemeanor
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered
☒ Detention ordered
☐ Bond fixed at: $ _____
☒ Remanded to custody
☐ Continued on present bond/conditions

Defendant's next appearance: ☐ as directed before Judge _____
☐ per the Scheduling Order of Judge _____
☒ on **12/2/24** at **1:30** ☐ a.m. ☒ p.m. before Judge **Severson**
for ☐ detention hearing ☐ arraignment ☒ prelim hearing ☐ _____

NOTES: _____